

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     *Joshua Matthew Flores v. The State of Texas*

Appellate case number:    01-12-01111-CR

Trial court case number:   1342935

Trial court:             230th District Court of Harris County

Date motion filed:        February 6, 2014

Party filing motion:       Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Evelyn V. Keyes
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Justices Keyes, Higley, and Massengale


Date: February 25, 2014